THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN WHITE, Respondent, *v.* THE BOARD OF ALDERMEN OF THE CITY OF BUFFALO, Constituting the Board of Canvassers of the City of Buffalo, JOHN BARRY and JAMES COYLE, Constituting the Board of Inspectors of the Third Election District of the First Ward of the City of Buffalo, Appellants, et al.

Reported below, 31 App. Div. 438.
(Argued October 3, 1898; decided October 11, 1898.)

MOTION to place on the calendar and advance an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 14, 1898, affirming an order of Special Term granting a peremptory writ of mandamus.

The motion was made upon the ground that the appeal involved questions of public importance and was entitled to speedy consideration.

*Seward A. Simons* for motion.

*Albert Hessberg* opposed.

Motion denied, without costs.